

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00184-CV

In the Interest of **M.W.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00474
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 12, 2018.

Karen Angelini, Justice